| AO 10 Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Altenburg, Jr, Andrew B. | 2. Court or Organization<br><br>Bankruptcy Court, District of New Jersey | 3. Date of Report<br><br>06/30/2021 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge, full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>Mitchell H. Cohen Courthouse<br>401 Market Street<br>Camden, New Jersey 08101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Member | BIGNAN, LLC (no reportable assets or income) |
| 2. Trustee | Family Trust (QPRT) (no reportable assets or income) |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 06/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Cherry Hill Board of Education/salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Security Institute/ George Mason U. | 02/20/20 - 02/21/20 | New York City, NY | Natiunal Security Symposium | Registration, Lodging, Meals, Travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Amazon | credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 06/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. South Jersey Federal Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 2. American Funds Accounts | | | | | | | | | |
| 3. - The Growth Fund of America - A / Invst Co of America - A | A | Dividend | J | T | | | | | |
| 4. Ameriprise ONE Financial Account | | | | | | | | | |
| 5. - Columbia Capital Alloc Moderate Cl C Mutual Fund | A | Dividend | L | T | | | | | |
| 6. - Columbia Flexible Cap Income CL C | A | Dividend | J | T | | | | | |
| 7. - Comcast Corp CL A New stock | A | Dividend | J | T | | | | | |
| 8. - Ameriprise Insured Money Market Account | A | Int./Div. | J | T | | | | | |
| 9. IRA (1) | | | | | | | | | |
| 10. - Ameriprise Insured Money Market Account | A | Interest | J | T | | | | | |
| 11. - Invesco Balanced Risk Commodity Strat CL Y | A | Dividend | J | T | | | | | |
| 12. - Columbia Selectr Large Cap Growth Instl CL | A | Dividend | J | T | | | | | |
| 13. - John Hancock Classic Value CL I | A | Dividend | J | T | | | | | |
| 14. - John Hancock US Global Leaders Growth CL I | A | Dividend | J | T | | | | | |
| 15. - Janus Henderson Global Value CL I | A | Dividend | | | Sold | 05/26/20 | J | | |
| 16. - Janus Henderson US Managed Volatility CL I | A | Dividend | J | T | | | | | |
| 17. - John Hancock Strategic Income Opptys CL I | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 06/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | - Brandywineglobal Global Unconstrained Bond CL I | A | Dividend | J | T | | | | | |
| 19. | - NUVEEN NWQ Intl Value CL I | A | Dividend | | | Sold | 2/24/20 | J | | |
| 20. | - Wells Fargo C&B Mid Cap Value Instl CL | A | Dividend | | | Sold | 02/24/20 | J | | |
| 21. | - Wells Fargo Intl Value Instl CL | A | Dividend | | | Sold | 02/24/20 | J | | |
| 22. | - Ishares 20+ Yr Treasury Bond ETF | A | Dividend | K | T | | | | | |
| 23. | - Ishares 7-10YR Treasury Bond ETF | A | Dividend | | | Sold | 02/24/20 | J | | |
| 24. | - Ishares 3-7YR Treasury Bond ETF | A | Dividend | J | T | | | | | |
| 25. | - Ishares Core MSCI Emerging Marekets ETF | A | Dividend | | | Sold | 02/24/20 | J | | |
| 26. | - Ishares Currency Hedged MSCI Eurozone ETF | A | Dividend | J | T | | | | | |
| 27. | - Ishare MSCI UTD Kingdom New ETF | A | Dividend | J | T | | | | | |
| 28. | - Vanguard Consumer Staples ETF | A | Dividend | J | T | | | | | |
| 29. | - Vanguard Energy ETF | A | Dividend | J | T | | | | | |
| 30. | - Vanguard Short Term Corp Bond Etf | A | Dividend | | | Sold | 11/20/20 | J | | |
| 31. | - Vanguard Mortgaged Backed Securities ETF | A | Dividend | | | Sold | 02/24/20 | J | | |
| 32. | - Blackrock Emerging Markets INSTL CL | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 33. | - First Eagle Overseas CL 1 | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 34. | - Goldman Sachs Small Cap Value Insights Investor CL | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | - Goldman Sachs CQG Partners Intl Opptys Investor CL | A | Dividend | J | T | | | | | |
| 36. | - Hartford Intl Value CL 1 | A | Dividend | J | T | Buy | 10/26/20 | J | | |
| 37. | - Hartford Intl Growth CL 1 | A | Dividend | J | T | Buy | 11/20/20 | J | | |
| 38. | - IVY Value CL 1 | A | Dividend | J | T | Buy | 05/26/20 | J | | |
| 39. | - Natixis Oakmark In thl CL Y | A | Dividend | J | T | | | | | |
| 40. | - Putnam Income CL Y | A | Dividend | K | T | | | | | |
| 41. | - Wells Fargo C&B Mid Cap Value INBSTL CL | A | Dividend | J | T | | | | | |
| 42. | - SPDR Portfolio S&P 500 ETF | A | Dividend | J | T | | | | | |
| 43. | - VANECK Vectors Fallen Angel High Yield ETF | A | Dividend | J | T | Buy | 08/24/20 | J | | |
| 44. | - IRA (2) | | | | | | | | | |
| 45. | - Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 46. | - Wells Fargo Wealthbuilder Moderate Balanced CL C | A | Dividend | K | T | | | | | |
| 47. | - Wells Fargo Spectrum Conservative Growth CL C | A | Dividend | | | Merged<br>(with line 46) | 12/24/20 | K | | |
| 48. | Franklin Templeton NJ 529 Growth 17 plus year portfolio - | | None | L | T | Sold<br>(part) | 1/10/20 | K | | |
| 49. | Franklin Templeton NJ 529 Growth 17 plus year portfolio - | | None | L | T | Sold<br>(part) | 08/01/20 | K | | |
| 50. | Franklin Templeton NJ 529 Growth 17 plus year portfolio - | | None | K | T | Sold<br>(part) | 01/07/20 | K | A | |
| 51. | Lincoln Investment 403B - RSP | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altenburg, Jr, Andrew B. | 06/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Blackrock Global Allocation Fund - A | A | Dividend | K | T | | | | | |
| 53. - Ivy Asset Strategy Fund - A | A | Dividend | K | T | | | | | |
| 54. -Vanguard Intermediate Term Bond Index Fund - Adr | A | Dividend | K | T | | | | | |
| 55. -Vanguard Total International Stock Ondex Fund - Adr | A | Dividend | J | T | | | | | |
| 56. -Vanguard Value Index Fund - Adr | A | Dividend | J | T | | | | | |
| 57. -Vanguard Growth Index Fund - Adr | A | Dividend | J | T | | | | | |
| 58. -Vanguard Short Term Infl Prtct Secs Index Fund - Adr | A | Dividend | J | T | | | | | |
| 59. -Vanguard Short Term Bond Index Fund - Adr | A | Dividend | J | T | | | | | |
| 60. -Vanguard Small Cap Growth Index Fund - Adr | A | Dividend | J | T | | | | | |
| 61. - Vanguard Small Cap Value Index Fund - Adr | A | Dividend | J | T | | | | | |
| 62. -Vanguard Prime Money Market Fund - Inv | A | Dividend | J | T | | | | | |
| 63. -Vanguard Real Estate Index Fund - Adr | A | Dividend | J | T | | | | | |
| 64. Lincoln Investment 403B - RS | | | | | | | | | |
| 65. - Ivy Asset Strategy Fund - A | A | Dividend | K | T | | | | | |
| 66. - Blackrock Global Allocation Fund - A | A | Dividend | K | T | | | | | |
| 67. - Federated Prime Cash Obligation Fund - AS | A | Dividend | J | T | | | | | |
| 68. GE Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  Fulton Bank (checking account) | A | Int./Div. | J | T | | | | | |
| 70.  Family Trust | A | None | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pt. 1. Line 2 - For clarification, Family Trust designated as a QPRT.

Pt VII. - All previous explanations are incorporated herein.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew B. Altenburg, Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544